**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Gary Cooper,

Plaintiff(s),

v.

The City of Chicago, et al.,

Defendant(s).

Case No. 16 C 3519
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is hereby entered as follows: On the first claim (unlawful entry), in favor of the plaintiff, Gary Cooper, and against defendants Kathleen Clyne, Kathy Schneider, and Vasilios Papadopoulos and in favor of defendants Ken Ja and Robert Schmidt and against plaintiff, Gary Cooper. On the second claim (false arrest), in favor of the plaintiff, Gary Cooper, and against defendants Kathleen Clyne, Kathy Schneider, and Vasilios Papadopoulos and in favor of defendants Ken Ja and Robert Schmidt and against plaintiff, Gary Cooper. On the third claim (excessive force), in favor of the plaintiff, Gary Cooper, and against defendants Kathleen Clyne, Ken Ja, and Kathy Schneider, and in favor of defendants Vasilios Papadopoulos and Robert Schmidt and against plaintiff, Gary Cooper. On the fourth claim (malicious prosecution), in favor of plaintiff, and against defendants Kathleen Clyne, Ken Ja, Kathy Schneider, Vasilios Papadopoulos and Robert Schmidt. Plaintiff, Gary Cooper, is awarded compensatory damages totaling $125,800. Plaintiff, Gary Cooper, is awarded punitive damages totaling $425,000, as follows: as to Kathleen Clyne, $100,000; as to Ken Ja, $50,000; as to Kathy Schneider, $100,000; as to Vasilios Papadopoulos, $75,000; and as to Robert Schmidt, $100,000.

---

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion

Thomas G. Bruton, Clerk of Court

Date: 2/16/2018

Pamela J. Geringer, Deputy Clerk