# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 9, 2018

Before

MICHAEL S. KANNE, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*

| No. 18-3019 | GARY COOPER,<br>Plaintiff - Appellee<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-03519<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The following are before the court:

1. **DEFENDANTS' RULE 8(a)(2) MOTION FOR STAY OR INJUNCTION PENDING APPEAL**, filed on November 2, 2018, by counsel for Appellants.

2. **PLAINTIFF-APPELLEE'S RESPONSE IN OPPOSITION TO DEFENDANTS-APPELLANTS' MOTION FOR STAY OF EXECUTION**, filed on November 6, 2018, by counsel for Appellee.

**IT IS ORDERED** that the motion for stay or injunction pending appeal is **DENIED**. Because of the concerns identified by the appellants, requests from the parties to extend the briefing schedule are discouraged.

form name: **c7_Order_3J**(form ID: **177**)