# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GARY COOPER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 16 CV 3519 |
| | ) | |
| The CITY OF CHICAGO, et al., | ) | Judge KENNELLY |
|     Defendants. | ) | |

## AGREED ORDER

This cause coming to be heard on the parties' joint motion to correct the Court's August 20, 2018 order regarding Plaintiff's petition for attorneys' fees and costs pursuant to 42 U.S.C. §1988, the terms of the order being agreed to by all parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Court's August 20, 2018 order granting Plaintiff's petition for attorneys' fees and costs awarded Attorney Colleen Shannon a rate of $150 per hour. Dkt. 179, at 37. However, the Court's final calculation of Plaintiff's attorneys' fees in Appendix 2 mistakenly used a rate of $200 per hour for Attorney Shannon. Dkt. 178, at 40. Thus, Appendix 2 is corrected to reflect Attorney Shannon's hourly rate of $150, and the fees awarded to Attorney Shannon are corrected to $23,295.00.

2. The Court's judgment of August 20, 2018 is amended to reflect an award of attorneys' fees to Plaintiff in the amount of $299,028.75 and an award of costs in the amount of $6,785.74, for a total award of $305,814.49. Pursuant to 28 U.S.C. §1961, the judgment shall include post-judgment interest at a rate of 2.44%, computed daily and compounded annually, from August 20, 2018 until the judgment is paid in full.

_____
The Honorable Matthew F. Kennelly
United States District Court Judge

Date: January 11, 2019