# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARY COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 16 CV 3519 |
| ) | |
| The CITY OF CHICAGO, et al., ) | Judge KENNELLY |
| ) | |
| Defendants. ) | |

## AGREED ORDER TO CEASE WAGE GARNISHMENT

This cause coming to be heard on Plaintiff's motion for an order of garnishment, the parties having submitted an agreed order, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The parties have resolved the issue of the punitive damages judgments as against all Defendant Officers. Thus, the garnishment of Defendant Ja and Defendant Schmidt's wages shall cease effectively immediately. Defendant Ja and Defendant Schmidt's wages shall not be garnished for the pay period ending on March 1, 2019 or for any future pay periods with respect to this case.

_____
The Honorable Matthew F. Kennelly
United States District Court Judge

Dated: February 26, 2019