**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| GARY COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 16 CV 3519 |
| | ) | |
| The CITY OF CHICAGO, et al., | ) | Judge KENNELLY |
| | ) | |
| Defendants. | ) | |

**SATISFACTION OF JUDGMENT**

Plaintiff, Gary Cooper, and his attorneys, The Hamilton Law Office, LLC and the Law Offices of Damon M. Cheronis, pursuant to Local Rule 58.1, hereby acknowledge the satisfaction of the punitive damages judgments rendered for Plaintiff and against Defendants Kathleen Clyne, Robert Schmidt, Kathy Schneider, Ken Ja, and Vasilios Papadopoulos. The judgments having been satisfied by agreement of the parties, the Clerk of the Court is authorized and requested to enter this satisfaction of judgment in the official Court records.

Dated this 13th day of March 2019.

Respectfully Submitted,

/s Torreya L. Hamilton

HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 452
Chicago, IL 60604
312.726.3173

/s Damon M. Cheronis

The Law Offices of Damon M. Cheronis
140 South Dearborn Street, Suite 411
Chicago, IL 60603
312.386.7033