**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| GARY COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 16 CV 3519 |
| | ) | |
| The CITY OF CHICAGO, et al., | ) | Judge KENNELLY |
| | ) | |
| Defendants. | ) | |

**SATISFACTION OF JUDGMENT**

Plaintiff Gary Cooper and his attorneys, The Hamilton Law Office, LLC and the Law Office of Damon M. Cheronis, pursuant to Local Rule 58.1, hereby acknowledge the satisfaction of the compensatory damages judgment and the judgment for Plaintiff's §1988 attorneys' fees and costs against Defendants. The judgments for compensatory damages and Plaintiff's §1988 attorneys' fees and costs having been paid in full by Defendant City of Chicago, and the matter of Plaintiff's supplemental attorneys' fees incurred in the litigation of his §1988 attorneys' fee petition having been resolved by agreement of the parties, the Clerk of the Court is authorized and requested to enter this satisfaction of judgment in the official Court records.

Dated this 23rd day of April 2019.

Respectfully Submitted,

/s Torreya L. Hamilton
One of Plaintiff's Attorneys

Torreya L. Hamilton
HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 452
Chicago, IL 60604
312.726.3173

/s Damon M. Cheronis

The Law Offices of Damon M. Cheronis
140 South Dearborn Street, Suite 411

Chicago, IL 60603
312.386.7033